IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| VAUGHN HARRIS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. 3:15-cv-00356 |
| v. | ) | |
| | ) | |
| DAVIDSON COUNTY SHERIFF, *et al.*, | ) | JUDGE FRIEDMAN |
| | ) | MAGISTRATE JUDGE BROWN |
| Defendant. | ) | |

**ORDER**

On January 9, 2020 the Plaintiff filed a rather confusing document (DE 356). The Motion was filed in this case and another case, Harris v. Metropolitan Government, 3:19-cv-735. The Clerk initially filed this case with the heading dealing with a class-action lawsuit against the Metropolitan Government of Nashville.

Based on an initial review of the pleading, it was terminated as moot because the older case, 3:15-cv-356 was closed, the decision of the District Court to dismiss the matter having been Affirmed by the Sixth Circuit.

After further reading of the Motion it appeared the Plaintiff was attempting to file a Petition for Certiorari with the Supreme Court by attaching a modified Notice of Appeal. Petition for Certiorari are governed by the Rules of the Supreme Court of the United States. In particular, under Rule 13, a Petition for Writ of Certiorari to review the Judgment of a United States Court of Appeals must be filed within ninety days of the entry of the Court of Appeals Judgment with the Clerk of the Supreme Court. The format and content of a Petition are set forth in Rules 12, 14,

and 33 of the Supreme Court among others. It would appear the Judgment of the Court of Appeals was entered on December 11, 2019.

The Clerk is directed to send Mr. Harris a form for a Petition for Writ of Certiorari to the Supreme Court, a form for permission to proceed in forma pauperis and the address of the Clerk of the Supreme Court as well as a copy of the Supreme Court Rules. The Plaintiff given the confusing and lengthy nature of his previous pleadings should pay particular attention to rule 12.2 and 33.2.

Since the Petition is filed with the wrong Court, the Motion (DE 356) is terminated as Moot.

SO, ORDERED.

/s/ Joe B. Brown_____
Joe B. Brown
United States Magistrate Judge